_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: February 3, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | SAMUEL DEAN AND LOIS M. JOHNSON | CHAPTER 11 |
| | Debtors | CASE NO. 25-00133-JAW |

## ORDER

THIS CAUSE having come on for consideration of the *Motion for Extension of Time Within Which to File Required Documents* (the "Motion") **[DK #29]** filed herein by Samuel Dean and Lois M. Johnson (the "Debtors"), and the Court having considered the Motion, is of the opinion that the Motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the *Motion for Extension of Time Within Which to File Required Documents* is hereby granted, and the Debtors shall file their Statement of Financial Affairs, Summary of Assets and Liabilities, Schedules A-J, and List of Equity Security Holders (the "Required Documents") in this Chapter 11 case within **fourteen (14) days** from the date of this Order.

# # END OF ORDER # #

SUBMITTED BY:

Craig M. Geno, Esq. - MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157
(601) 427-0048 - Telephone
(601) 427-0050 - Facsimile
cmgeno@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Johnson, Samuel & Lois\Pleadings\Order - Mot to Extend Time to File Schedules, etc. 1-30-25.wpd